```
                  UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF MISSISSIPPI
                        NORTHERN DIVISION
```

LLOYD THOMAS                                                PLAINTIFF

V.                          CIVIL ACTION NO. 3:20-CV-679-TSL-RPM

COMMISSIONER OF SOCIAL SECURITY                             DEFENDANT


                               ORDER

   This cause is before the court on the report and recommendation of United States Magistrate Judge Robert P. Myers entered on July 22, 2022, recommending that the commissioner's final decision be reversed and that the action be remanded to the commissioner for further administrative proceedings. Neither party has filed an objection and the time for doing so has expired.  Having considered the report and recommendation, together with the record in this case, and having concluded that the report and recommendation is neither clearly erroneous nor contrary to law, the court will adopt the July 22, 2022 report and recommendation as its own opinion.

   Based on the foregoing, the court hereby adopts, as its own opinion, the July 22, 2022 report and recommendation of United States Magistrate Judge Robert P. Myers.  It follows that the commissioner's final decision is reversed and that this action is remanded to the commissioner for further administrative proceedings consistent with the court's opinion.

   A separate judgment will be entered in accordance with Rule

                                  1

58 of the Federal Rules of Civil Procedure.

SO ORDERED this 8th day of August, 2022.

/s/ Tom S. Lee _____

UNITED STATES DISTRICT JUDGE